**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DELENA ASHMAN and CHRISTOPHER ESTRADA,

Plaintiffs

v.

FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant

Case No.: 2:26-cv-02897-APG-DJA

**Order Denying Motion to Remand**

[ECF No. 6]

I HEREBY ORDER that the plaintiffs' motion to remand **(ECF No. 6) is denied**. Farmers Insurance timely removed this case within 30 days of proper service upon it. Nev. Rev. Stat. § 680A.260. In addition, Farmers Insurance has demonstrated that the value of this case exceeds this court's $75,000 jurisdictional floor. ECF No. 11. Consequently, I will not remand this case at this time.

DATED this 14th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE